Bryce K. Kunimoto
Nevada Bar No. 7781
Robert J. Cassity
Nevada Bar No. 9779
Jackson Wong
Nevada Bar No. 15674
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
BKunimoto@hollandhart.com
Bcassity@hollandhart.com
JWong@hollandhart.com

*Attorneys for Defendants*
*Stryker Corporation and Stryker Sales, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| XAVIER DANIEL GUTIERREZ, | Case No.: 2:26-cv-01762-MDC |
| Plaintiff, | |
| v. | |
| STRYKER CORPORATION, a Michigan Corporation; STRYKER SALES, LLC, a Foreign Limited-Liability Company; ROE MANUFACTURER; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING (FIRST REQUEST)** |
| Defendants. | |

Plaintiff Xavier Daniel Gutierrez ("Plaintiff") and Defendants Stryker Corporation ("Stryker Corporation") and Stryker Sales, LLC ("Stryker Sales") (Stryker Corporation and Stryker Sales are collectively referred herein as "Defendants" or "Companies"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the deadline for Defendants to file a responsive pleading in this matter, and respectfully state as follows:

1. Plaintiff filed his Complaint in the Eighth Judicial District Court, Clark County, Nevada, on April 24, 2026.

2. Defendants were served with the Summons and Complaint on May 11, 2026.

1

3. On June 10, 2026, Defendants filed their Notice of Removal.

4. Under Federal Rule of Civil Procedure 81(c)(2), Defendants' responsive pleading was due on June 17, 2026—seven days after the filing of the Notice of Removal.

5. Defendants require additional time to investigate the claims asserted and respond.

6. The parties have conferred, and Plaintiff agreed to a brief extension of time.

7. No party will be prejudiced by the requested extension, and this is the first request for an extension of this deadline.

**NOW, THEREFORE**, the Parties hereby stipulate and agree as follows:

The deadline for Defendants to file their Answer or other responsive pleading is extended from June 17, 2026, to June 26, 2026.

DATED this 17th day of June 2026.                DATED this 17th day of June 2026.

**MOSS BERG INJURY LAWYERS**                **HOLLAND & HART LLP**

*/s/ Boyd B. Moss, III*                            */s/ Jackson Wong*
Boyd B. Moss, III                                  Bryce K. Kunimoto
Marcus A. Berg                                     Robert J. Cassity
Ana Amezaga                                        Jackson Wong
5420 W. Sahara Avenue, Suite 101                   9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89146                            Las Vegas, NV 89134

*Attorneys for Plaintiff*                          *Attorneys for Defendants*
*Xavier Daniel Gutierrez*                          *Stryker Corporation and Stryker Sales, LLC*


**IT IS SO ORDERED:**


UNITED STATES MAGISTRATE JUDGE

Dated: 6-22-26

38189388.v3

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2